UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

TERESSA BLANCHETT

HONORABLE SCOTT W. DALES
CASE NO. 20-02012-SWD
CHAPTER 13

DEBTOR.
_____/

SEAN L. CAMPBELL (P58304)
Attorney for Debtor
4125 Okemos Rd, Ste #21
Okemos, MI 48864
(517) 853-9770
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**CERTIFICATE OF SERVICE**

    CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 9th day of July, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital to Confirmation of Debtor's Chapter 13 Plan was served upon:

| | |
|---|---|
| Barbara P. Foley | Sean L. Campbell |
| Trustee | Attorney at Law |
| P.O. Box 51109 | 4125 Okemos Rd, Ste #21 |
| Kalamazoo, MI 49005-1109 | Okemos, MI 48864 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

        O'REILLY RANCILIO P.C.

        */s/ Craig S. Schoenherr, Sr.*

        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI  48313-1151
        (586) 726-1000
        ecf@orlaw.com